■ In the Matter of MANUEL SOARES, Petitioner, v THOMAS A. FARBER, Respondent. [983 NYS2d 751]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceed-

ing, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Feinman, JJ.